**YVETTE WEINSTEIN**
Trustee in Bankruptcy
6450 Spring Mountain Rd., Ste 14
Las Vegas, NV 89146
(702) 364-8919

**E-FILED 12/31/08**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                                     )   Case No. BK-S-08-23535 MKN
                                                           )
ALFONSO SANCHEZ RIOS,                   )   IN PROCEEDINGS UNDER CHAPTER 7
                                                           )
                                                           )
                                                           )   **NOTICE OF TRUSTEE'S INTENT TO**
                                                           )   **ABANDON PROPERTY**
                                                           )
                         Debtor(s).             )
                                                           )
                                                           )
_____)

To the Creditors and Other Parties in Interest:

    PLEASE TAKE NOTICE that pursuant to Section 554(a) of the Bankruptcy Code (11 U.S.C. 554(a), the undersigned, duly qualified and acting Trustee of this estate of the above-captioned debtor, intends to and will abandon the following described property as it pertains to the secured creditors as burdensome and of inconsequential value from the date of service of this Notice, unless a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court, at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, and serves a copy of such request on the United States Trustee and the Trustee herein at the address shown at the upper left hand corner of the Notice. The Trustee intends to abandon the following property generally described as:

    Real Property located at: **205 MALCOLM STREET, HENDERSON, NV 89074.**

    LR 9014 (d) (1):    Oppositions to a motion must be filed and service must be completed on the movant no later than 15 days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise.

The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

> **Any Opposition must be filed pursuant to Local Rule 9014 (b) (1).**
> **Local Rule 9014 (b) (1): "If you object to the relief requested, you must file a written response to this pleading with the court. You must also serve your written response on the person who sent you this notice.**
> **If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:**
> * **The court may refuse to allow you to speak at the scheduled hearing; and**
> * **The court may rule against you without formally calling the matter at the hearing.**

If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9014 (b) (1).

DATED: 12/31/08

*/s/ Yvette Weinstein*
YVETTE WEINSTEIN, TRUSTEE